

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

Thomas G. Bruton 312-435-5670
Clerk

Date: 01/07/2025                        Case Number: 24cv12517

Case Title: Heritage General and Colorectal, PA        Judge: Matthew F. Kennelly

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

☐ Document entered in error.

☑ Document withdrawn or removed per court order of   Judge Kennelly

☐ Incorrect document linked.

☐ Other:

☐ Removed per IOP30(b).


Thomas G. Bruton, Clerk

By: /s/     David Jozwiak
Deputy Clerk

Rev. 11/29/2016