# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Heritage General and Colorectal, PA et al v. Multiplan Corp. et al

Case Number: 24-cv-12517

An appearance is hereby filed by the undersigned as attorney for:

Anthem Blue Cross f/k/a Empire Blue Cross

Attorney name (type or print): E. Desmond Hogan

Firm: Hogan Lovells US LLP

Street address: 555 Thirteenth Street, NW

City/State/Zip: Washington, DC 20004

Bar ID Number: 485044 (D.C. Bar)
(See item 3 in instructions)

Telephone Number: 202-637-5493

Email Address: desmond.hogan@hoganlovells.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 12, 2025

Attorney signature: S/ E. Desmond Hogan
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023